IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TEMPLE TAG, INC. and <br> TEMPLE TAG II, LTD., <br> <br> Plaintiffs and Counter-Defendants, <br> <br> vs. <br> <br> ALLFLEX USA, INC. and <br> ALLFLEX NEW ZEALAND <br> LIMITED, <br> <br> <br> Defendants and Counter-Plaintiffs. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> <br> Civil Action No. W-10-CV-031 <br> <br> <br> <br> Chief District Judge Walter S. Smith, Jr. |

**JOINT MOTION FOR ENTRY OF ORDER FOR EXCHANGE OF
INFORMATION AND NON-WAIVER OF PRIVILEGE AND PROTECTION**

Plaintiffs and Counter-Defendants Temple Tag, Inc. and Temple Tag II, Ltd. and Defendants and Counter-Plaintiffs Allflex USA, Inc. and Allflex New Zealand Limited (collectively, the "Parties") hereby jointly move for entry of the proposed Order for Exchange of Information and Non-Waiver of Privilege and Protection (the "Proposed Order"), attached to this motion as **Exhibit A**. To facilitate the exchange of information during this litigation, the Parties have engaged in a conference which has resulted in a reasonable method of resolving possible waiver issues. The Parties state to the Court that they have made an agreement for the non-waiver of attorney-client privilege or work-product protection, in the circumstances stated in the agreement, during the exchange of documents and electronic information. We request the Court's order as set forth in the Proposed Order. The Parties agree that the Proposed Order may be entered by the Court in this litigation without further notice or hearing. (Should the Court on its own motion wish to add to, or modify, the Proposed Order, then — and then only — do the

Parties request notice or hearing before entry of an order.)  The Parties request that the Court enter the Proposed Order without further notice or hearing.

Date: May 26, 2010			Respectfully submitted,

*/s/ David G. Henry*_____
David G. Henry, Sr.
Texas State Bar No. 09479355
PATTON BOGGS LLP
2000 McKinney Ave; Suite 1700
Dallas, Texas  75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Email: dghenry@pattonboggs.com

**Attorney for Plaintiffs and Counter-Defendants Temple Tag, Inc. and Temple Tag II, Ltd.**

*/s/ Joel A. Kauth*_____
Joel A. Kauth, Pro Hac Vice
Charles R. Halloran, Pro Hac Vice
KAUTH, POMEROY, PECK & BAILEY LLP
2875 Michelle Drive, Suite 110
Irvine, California 92606
Telephone: (949) 852-0000
Facsimile:  (949) 852-0004
Emails:  Joel.Kauth@kppb.com
	Charles.Halloran@kppb.com
Robert B. Cousins , Jr.
GLAST, PHILLIPS & MURRAY PC
Texas State Bar No. 04900000
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, TX 75240-1518
Telephone: (972) 419-8300
Facsimile:  (972) 419-8329
Email: cousins@gpm-law.com

**Attorneys for Defendants and Counter-Plaintiffs Allflex USA, Inc. and Allflex New Zealand Limited**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 26, 2010, a true and correct copy of this Joint Motion for Entry of Order for Exchange of Information and Non-Waiver of Privilege and Protection was served by operation of the Court's electronic filing system upon all counsel of record.

                                          */s/ David G. Henry*_____
                                          David G. Henry